912 F.2d 469
 James (Jeanette), Robson (Arthur L.), for Ad Hoc Committee of Creditors
v.
Dick Fischer Development, Fischer (Dick), First National
Bank of Fairbanks, Alaska Industrial Development
Corporation, Aiello (Donna Louise), The Palfry Family Trust,
Gaudiane (Daniel, Josephine), La Parle (Gerald L.), for
Palfry (Fern), Lundgren (Carol), Estate of Lundgren (James)
 NO. 89-35605
 United States Court of Appeals,
Ninth Circuit.
 AUG 23, 1990
 Appeal From: D.Alaska
 
 1
 AFFIRMED.